FILED
April 10, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____JG_____
                    Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | **SEALED** Case No: EP:24-CR-00787-KC |
| Plaintiff, | § § | **INDICTMENT** |
| v. | § § | |
| LUIS ORTIZ, | § § § | CT 1: 18 U.S.C. § 2423(c) – Engaging in Illicit Sexual Conduct in Foreign Places |
| Defendant. | § § § § | *Notice of Government's Demand for Forfeiture* |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
**(18 U.S.C. § 2423(c))**

On or about October 4, 2022, in the Western District of Texas, Defendant,

**LUIS ORTIZ,**

a United States citizen, did travel in foreign commerce, from the United States to the Republic of Mexico, or did temporarily reside in that foreign country, and engaged in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with Minor 1, who had attained the age of 12 years but who had not attained the age of 16, and who was at least four years younger than the Defendant, in violation of Title 18, United States Code, Section 2423(c).

<u>**NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE**</u>
[*See* Fed. R. Crim. P. 32.2]

**I.**
<u>**Engaging in Illicit Sexual Conduct in Foreign Places Violation and Forfeiture Statutes**</u>
**[Title 18 U.S.C. § 2423(c) subject to forfeiture pursuant to
Title 18 U.S.C. §§ 2428(a)(1) and (2)]**

As a result of the foregoing criminal violation set forth in Count One, the United States of America gives notice to the Defendant **LUIS ORTIZ** of its intent to seek the forfeiture of certain property upon conviction and pursuant to Fed. R. Crim. P. 32.2, Title 18 U.S.C. §§ 2428(a)(1) and

(2), which state:

> **Title 18 U.S.C. § 2428. Criminal forfeiture**
> **(a) In general.**— The court, in imposing sentence on any person convicted of a violation of this chapter, shall order, in addition to any other sentence imposed and irrespective of any provision of State Law, that such person shall forfeiture to the United States-
> \*\*\*
>> (1) such person's interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and
>> (2) any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation.

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney